# Exhibit 1

8/29/2016                                    Review and pay - Check flights and pay for your trip - American Airlines

# Trip Insurance

## Protect your $256.20 trip to Chicago

**Allianz Global Assistance**

All these benefits for a fraction of the ticket cost

( Required)

### Add Trip Insurance?

○ **Yes**, add trip insurance for a total of **$21.88**. ✓ **Recommended**
Includes trip cancellation, trip interruption, travel and baggage delay, emergency medical, and more.

"It's a smart idea to consider investing in travel insurance." – U.S. News & World Report, Oct 2015

○ No, I understand by declining coverage I am responsible for all cancellation fees and expenses.

Terms, conditions and exclusions apply. See coverage details .

<u>Review Period:</u> Receive a refund on your premium within 10 days of purchase, depending on your state of residence, if you decide to cancel your coverage and you have not filed a claim or departed on your trip.

This insurance is offered by a third party, Allianz Global Assistance, not American Airlines. Plans underwritten by Jefferson Insurance Company or BCS Insurance Company. Recommended by AGA Service Company, the licensed producer and administrator of this plan.