# Exhibit 2

Home    Log in »          English ▼    Search aa.com

    Plan Travel    Travel Information    AAdvantage    

🏠 Home  >  Trip insurance

# Trip insurance



## Allianz Global Assistance trip insurance for U.S. residents

When the unexpected occurs, be prepared with trip insurance

Get a quote now 🗗        Manage policy 🗗        File a claim 🗗        Claim status 🗗

## Top reasons to buy trip insurance

- Financial coverage when plans change due to reasons such as covered illness, job loss, severe weather and more
- Reimbursement of prepaid, non-refundable expenses for trip interruptions/cancellations or essential items purchased on your trip if luggage is delayed
- Emergency medical/dental benefits for covered illness or injury while on your trip
- Rental car damage or theft coverage
- 24/7 assistance hotline and concierge services

**Allianz Global Assistance**

# Trip insurance coverage overview

Trip insurance from Allianz Global Assistance is designed for your specific travel needs.* You can choose trip insurance when you buy your flight or you can learn more now and get an instant quote.

Learn about coverage options
Get a quote

## Single Trip Plans

- Trip Protector
- Rental Car Damage Protector

## Multi-Trip / Annual Plans

- Best value for frequent travelers
- All travel (including AAdvantage® awards)

⌄ Single Trip Plan options

⌄ View Annual Trip Plan options

# Satisfaction guarantee

When you purchase a plan from Allianz Global Assistance:

- You have a review period determined by your state of residence to examine coverage details (10 day minimum)
- If you cancel your plan during the review period, your premium will be refunded as long as you haven't filed a claim or departed for your trip/event

# Additional assistance

## Coverage by country of residence

Canada »
Mexico »

## Need help?

Frequently asked questions »
Contact us »

⌄ Terms and conditions

*Terms, conditions, and exclusions apply. Plans may not be available to residents of all states. Insurance benefits are underwritten by either BCS Insurance Company or Jefferson Insurance Company, depending on insured's state of residence. AGA Service Company is the licensed producer and administrator of these plans.

↑ Back to top

## Help

- Contact American
- Receipts and refunds
- FAQs
- Agency reference
- Cargo
- Baggage and optional service fees
- Customer service and contingency plans
- Conditions of carriage and tariffs

## About American

- About us
- Careers
- Investor relations
- Newsroom
- Legal, privacy, copyright
- Browser compatibility
- Web accessibility

## Extras

- Business programs
- Gift cards
- American Airlines credit card
- Trip insurance
- CoBrowse



Earn 30,000 bonus miles

BuyMiles
Short on miles?

AVIS Budget
Up to 35% savings
plus AAdvantage® miles

