# Exhibit 3

Home   Log in »    English ▼   Search aa.com



# American Airlines

Plan Travel   Travel Information   AAdvantage

⌂ Home  >  FAQs  >  Reservations & tickets FAQs

# Reservations & tickets FAQs

## Make / modify

### How do I make changes to my reservation?

If you booked on aa.com or through American Airlines Reservations, you can change your reservation online if:

- Your travel is between the U.S., Puerto Rico or the U.S. Virgin Islands
- Your trip is not an AAdvantage award, was not booked with a promotional code and you are not part of a group booking
- There are at least 3 hours before your next scheduled flight

You can access your reservation from "My trips/check in" on the homepage or go to find reservations.

Find a reservation »

If you're unable to change your reservation online, contact Reservations.

Contact Reservations »

If you booked with a travel agent or on another travel site, contact the agent or site directly.

### How close to departure can I book a flight on aa.com?

You can book up until 2 hours before departure. If the flight leaves in less than 2 hours, please go to the ticket counter at the airport.

### How far in advance can I book a flight?

You can book a flight on aa.com up to 331 days in advance.

ⓐ How many passengers can I book in one reservation?

You can book up to 6 passengers in one reservation on aa.com. For groups of 10 or more, contact Group & Meeting Travel. Special fares and discounts for group travel are available.

Learn about Group & Meeting Travel »

ⓐ Will I be charged to change a reservation made by a travel agency or another website?

Yes. An additional charge (per person) will be required for reservations made by travel agents or through another website that are changed by our Reservations, airport or Travel Center personnel.

ⓐ Why are revenue tickets on other airlines on a request basis only?

Other airline reservations are on a request basis only and may take 24 hours or more for confirmation. In addition, some airlines require post-booking reconfirmation of reservations made on aa.com. Please check with the airline for more details.

Reservations ticketed by our reservations offices are subject to an additional charge.

Learn about reservation service charges »

## Same-day flight change and standby

Learn about same-day flight changes and standby »

ⓐ What is same-day flight change?

Same-day flight change allows you to confirm a seat on a different flight on your day of departure on any American Airlines and/or American Eagle flight where eligible seats are available. The alternate flight must be for your same origin and destination and your flight change can only be confirmed within 24 hours of departure of the desired flight.

You can make the change on aa.com, at the airport (at the self-service kiosk or ticket counter) or call Reservations.

ⓐ What happens if a same-day flight change isn't available?

If you still want to try for a different flight, same-day standby lets you standby for an earlier American or American Eagle flight (with the same routing on your day of departure). Unlike same-day flight change, same-day standby doesn't guarantee a seat on a flight.

### What is same-day standby?

Same-day standby allows you to standby for an earlier American or American Eagle flight on your day of departure. You can request to be added to the standby list on aa.com or at airport self-service kiosks.

If you're standing by for an earlier flight on your departure day, you will retain your original flight reservation until you are confirmed on the earlier flight. Same-day standby does not guarantee a seat on a flight.

### What is American's standby policy?

You'll have the option to guarantee a seat on a different flight if same-day flight change is available. If it's not available, you may have the option to standby for an earlier flight with same-day standby.

The standby policy applies to travel within and between the U.S., Puerto Rico, U.S. Virgin Islands, the Caribbean or Canada on American and/or American Eagle.

Customers who receive complimentary confirmed same-day flight changes »

### How do I buy same-day flight change or same-day standby?

You can request same-day standby on aa.com or at the airport self-service kiosks only. You can request a same-day flight change on aa.com, at the airport, or you can call Reservations.

# Holds

Learn about free and extended holds »

## Free holds

### How long can I hold a reservation?

You can hold your reservation up to 24 hours for free if you're booking your trip 7 days or more before departure.

⌃ How do I hold a reservation?

Look for the "hold" option on the review payment page when you book an American or codeshare flight on aa.com.

⌃ How do I retrieve and pay for a reservation that's on hold?

If you held your reservation on aa.com, choose "Travel information" at the top of aa.com, then click "My trips" on the right.

- If you're logged in - Select the trip and then choose "purchase" near the bottom of the page to enter your credit card information.
- If you're not logged in - Go to "'Find reservations" and enter your record locator.

⌃ Can I hold multiple reservations?

No. Multiple reservations to one or more destinations or around the same date or time may not be held.

⌃ Can I add or remove a bundled option to a reservation on hold?

No. Log in to aa.com to cancel the reservation and book a new reservation with the features you want.

⌃ Can I put a reservation on hold with an aa.com promotion code?

No. Reservations with an aa.com promotion code are "instant purchase" only.

⌃ What is express ticket service?

Customers in Latin America and the Caribbean can hold reservations using express ticket service on aa.com/espanol. Call your local American Airlines reservations to complete and pay for your ticket.

Learn about express ticket service »

## Extended hold (more than 24 hours)

⌃ How does extended hold work?

- The extended hold fees are only charged following the expiration of the free 24-hour period. If you buy or cancel your itinerary within that period, extended hold fees will not be charged regardless if you purchased the option initially.
- You must extend the hold for all passengers in the itinerary.
- You can't use miles to purchase an extended hold.
- The extended hold fee is non-refundable.

### Is an extended hold option offered on all flights?

The option to extend your hold is only offered on select routes and is subject to availability. It is only offered to customers traveling on American Airlines marketed and operated flights and American Eagle® services operated by Envoy Air Inc., SkyWest Airlines, Inc., ExpressJet Airlines, Inc., or Republic Airline Inc.

### Can I make changes to my itinerary during the extended hold period?

No. You can't make changes to the itinerary once it has been held using the extended hold feature.

If you've had a change in plans, you can cancel your existing hold and choose new flights. You would need to purchase the extended hold product again for your new itinerary (subject to availability).

### Can I use different cards for my ticket and the extended hold fee?

Yes. You can use two different credit cards as long as they're issued in the same country. Using a credit card with a different country's billing address to purchase a ticket would result in the ticket being re-priced according to the address on that specific card.

# Payment

See all payment options available »
Products and programs FAQs »

### Which forms of payment can I use?

We accept most major credit and debit cards and a variety of other payment methods. Only one card can be used when you book on aa.com (but you can use multiple gift cards).

See all payment options »

⌃ What do you mean by "country of residence"?

When booking, be sure the country of residence you choose is the same as the country in which your credit card was issued.

If your credit card is issued in the U.S., Canada, the U.K., or select countries in Latin America, the Caribbean, Europe, Asia Pacific, the Middle East and Africa, we'll store your reservation using the fare and flight availability of that specific country (and local currency may be used).

⌃ What if I don't live in the country where my credit card was issued?

You'll need to choose the "country of residence" based on where your card was issued because we might use local currency, applicable fares, and available space on flights from that specific country.

From the home page, click "Advanced search" and choose your country of residence.

⌃ Which countries might recalculate fares in local currency?

Fares for countries not listed will be in USD.

- Brazil (BRL)
- Chile (CLP)
- Mexico (MXN)
- Venezuela (VEF)
- Canada (CAD)
- Colombia (COP)
- U.K. (GBP)

# eVoucher

Check your eVoucher balance
American Airlines eVouchers terms and conditions

⌃ How do I use my eVoucher?

Go to aa.com, choose flights and enter the eVoucher number and PIN on the payment page. You can also contact Reservations (and we'll waive the ticketing fee).

Learn how to use your eVoucher

⌃ What can I use my eVoucher for?

eVouchers can only be used to pay for travel sold and originating in the United States, U.S. Virgin Islands and Puerto Rico. eVouchers cannot be used for ticket reissues, upgrades, Admirals Club, bag fees or other optional service charges.

See American Airlines eVouchers terms and conditions 🗗

### ⌃ Does my eVoucher expire?

- Yes. They expire 1 year from the issue date.
- eVouchers are non-refundable, but can be used by a friend or family member.

### ⌃ Can I get a refund on travel purchased with an eVoucher?

The terms are governed by the rules that apply to the specific fare you have purchased. If a refundable fare was purchased, the amount may be refunded in the form of a paper voucher.

Contact Reservations for more information »

## Fly Now Payment Plan

### ⌃ How do I use the Fly Now Payment Plan to buy a ticket?

Visit the Fly Now Payment Plan for information »

## PayPal

Learn more about paying with PayPal »

### ⌃ When can I use PayPal as a payment option?

You can use PayPal when purchasing your tickets on aa.com if you reside in the U.S., Puerto Rico or U.S. Virgin Islands, Canada and the United Kingdom. If your PayPal payment is declined for any reason, your reservation will be canceled.

PayPal is also available when you purchase your tickets on mobile.aa.com.

### ⌃ Can I use PayPal with other forms of payment?

In the U.S., PayPal can be combined with an AA gift card or eVoucher.

### ⌃ How can I get a refund on a ticket bought with PayPal?

You can get a refund for tickets bought with PayPal from our refunds site or by calling Reservations.

Request a refund 🗗

Contact Reservations »

## Flight discount

Check your American Airlines flight discount balance
AAdvantage® flight discount terms & conditions »
Business Extra® flight discount terms & conditions

⌄ How do I use my American Airlines flight discount?

---

## Fares

⌃ Do you offer emergency or bereavement discounts?

We're sorry, we don't offer emergency or bereavement fares.

⌃ Do you offer government or military fares?

We do offer government or military fares in some markets.

Contact Reservations for more information »

⌃ What is an unrestricted fare?

Wholly unrestricted fares are fully refundable and do not have advance purchase requirements. If you purchase a ticket that is an unrestricted fare, you can make changes to your flight with no change fee (based on seat availability). However, an additional collection of fare may apply.

⌃ How do I guarantee my fare on aa.com?

Reservations placed on hold on aa.com will be guaranteed for 24 hours or until midnight the following day, whichever gives you more time. In the event that your reservation is canceled during that period due to advance booking requirements, please contact Reservations.

Learn about holding your reservation on aa.com »

Contact Reservations »

## Lowest price guarantee

Learn more about our lowest price guarantee »

### What is the aa.com lowest price guarantee?

If you find the exact same fare (for travel on the same day, at the same time and in the same class of service) for less on another site and send us a claim – all on the same day – we'll refund the difference.

## Trip insurance

Learn about trip insurance »

### When is the latest I can buy trip insurance?

- U.S. residents can buy trip insurance up to midnight (EST), the day before your departure.
- Residents of Canada and Mexico can buy trip insurance during the flight purchase on aa.com.

### Will I get a confirmation email?

Yes, if you provide your email address then the trip insurance provider will email it to you. If you don't provide your email address the confirmation will be sent via regular mail. Your confirmation will contain your trip insurance details, including a Certificate of Insurance/policy.

If you're a U.S. resident, you can also visit the Allianz Global Assistance site to get your policy. Residents outside the U.S. can contact the insurance provider directly:

- Canada - questions@allianz-assistance.ca
- Mexico - travelprotect@allianz-assistance.com.mx

### What if I didn't receive a confirmation email?

It's possible the confirmation email may be in your SPAM folder, please check for an email from these applicable addresses:

- U.S. - Allianz Global Assistance US customerservice@allianzassistance.com
- Canada - Allianz Global Assistance questions@allianz-assistance.ca

- Mexico - Allianz Global Assistance Mexico travelprotect@allianz-assistance.com.mx

U.S. residents may also visit the Allianz Global Assistance site to get your policy, and non-U.S. residents can contact the insurance provider directly.

## Why isn't my trip insurance purchase displayed in my itinerary?

Trip insurance products are sold by third-party insurance providers, not American, so you'll receive a separate confirmation. All policy documentation will be sent directly to you from the insurance provider.

## Can I change or cancel my insurance policy?

U.S. residents can modify or cancel a policy online by visiting the Allianz Global Assistance site to Manage Your Policy. Non-U.S. residents should contact the applicable trip insurance provider as cancellation policies vary by country of residence. You may incur additional costs for changes to your policy.

Visit Allianz Global Assistance trip insurance »

## Can I cancel my trip for any reason and receive a full refund?

No. Trip cancellation coverage will only refund prepaid, non-refundable payments if you have to cancel for an unexpected covered reason. Reasons may include sudden covered medical emergencies, death of a family member or traveling companion, certain terrorist acts, being called for jury duty, or bad weather that completely shuts down your common carrier. Please see the Certificate of Insurance/policy for complete details. Terms, conditions, and exclusions apply.

## Is my trip insurance cancelled automatically if I cancel my travel?

No. Please contact the applicable trip insurance provider as soon as possible to make any changes and/or cancellations to your trip insurance.

## Doesn't my credit card or other insurance provide coverage for me while traveling?

In many instances, credit cards and conventional insurance such as auto, homeowners and health do not cover prepaid or added expenses associated with changes, interruptions and cancellations to your travel plans, and filing a claim could increase your premium cost. Most U.S. health insurance benefits are also reduced when traveling out of network, and may not cover the cost for overseas health care. In addition, medical transportation back home could be costly. Trip insurance can help protect your trip costs and can cover many gaps left by other plans. (Certain exclusions, conditions and limitations apply.)

# Seats

Learn about different seat options in the Main Cabin »

⌃ Where can I see seat maps for flights?

When you book a flight operated by American, you'll see the seat map after you choose your flights.

⌃ How do I change my seats?

Go to "My trips/check-in" from the homepage and enter your name and record. From there, you can choose seats. If seats are unavailable, check back later or you can change seats when you check in.

⌃ Why couldn't I choose seats when I booked my flights?

If you're unable to choose seats when you book, check back closer to departure or we'll assign you a seat when you check in.

⌃ My flights are confirmed, why can't I reserve my seats?

American Airlines withholds some seats until the day of departure to allow our airport personnel to accommodate passenger needs. If you are unable to reserve a seat at the time of booking, you may get your seat when you check in for your flight.

Seats may become available closer to the day of departure; you can visit aa.com frequently to check the available seats for your flight.

⌃ What happens to my seat if there is a schedule or equipment change?

American makes every effort to reseat passengers in the same seats. When this isn't possible, we'll attempt to seat you in a like seat. We appreciate your cooperation when special circumstances won't allow us to reseat you in your original assigned seat.

⌃ What are Preferred seats?

Preferred seats are standard legroom seats that are more favorably located throughout the Main Cabin.

Preferred seats are complimentary for:

- AAdvantage Executive Platinum, Platinum and Gold members
- AirPass ticket customers when traveling on your AirPass
- **one**world Emerald, Sapphire and Ruby members and companions traveling on the same reservation
- Full-fare customers
- Active U.S. military passengers traveling on a military fare
- AAdvantage AAnytime and Business Extra award ticket holders

⌃ What is the refund policy for Preferred seats?

Voluntary changes to paid seats are not refundable.

Learn more about refunds »

## Need more help? Contact us.

Contact Reservations »

## You may also like...

See all FAQs »
Customer service FAQs »
Travel information FAQs »

⬆ Back to top

### Help

Contact American
Receipts and refunds

### About American

About us
Careers ↗

### Extras

Business programs
Gift cards ↗

- FAQs
- Agency reference
- Cargo
- Baggage and optional service fees
- Customer service and contingency plans
- Conditions of carriage and tariffs

- Investor relations
- Newsroom
- Legal, privacy, copyright
- Browser compatibility
- Web accessibility

- American Airlines credit card
- Trip insurance
- CoBrowse



Earn 30,000 bonus mile

**Buy**Miles
Short on miles?

AVIS Budge
Up to 35% savings
plus AAdvantage® mile

