# Exhibit 4

---------- Forwarded message ----------
From: <donotreplypolicy@allianzassistance.com>
Date: Sun, Mar 20, 2016 at 6:15 PM
Subject: Your Travel Insurance Request (ref:AMR20001735012)
To: K1@whatamidoing.com



March 20, 2016

Dear KRISTIAN ZAMBER,

**Thank you for your recent purchase of Allianz Travel Insurance. We are pleased that you have chosen to take us along on your upcoming trip!**

For complete details on your insurance coverage, please read the attached Letter of Confirmation and Certificate of Insurance/Policy. Also, do not forget to take your policy card with you on your trip. The card can be found on your Letter of Confirmation.

Also, you are entitled to important assistance benefits. Please review the attached documents for details on how to take advantage of your benefits.

If you prefer, you may also directly contact our Customer Support Team.

Thanks again for choosing Allianz Travel Insurance. We wish you a safe and pleasant trip!

Sincerely,

Allianz Customer Support Team

*This message is generated from an unattended address. Please do not reply to this email. If you would like to contact us, please use the Customer Support Team link above.

Download our free mobile app TravelSmart, and put the power of a global medical advisor right at your fingertips. Click here to learn more and download.



© 2015 AGA Service Company. We respect your privacy. We never sell your personal information to third parties or use it for any purpose other than as we describe in our privacy policy. For more information, please see our privacy policy.

TRVL_HTML_DEFAULT