UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-23901-MARTINEZ/GOODMAN

KRISTIAN ZAMBER, on behalf of
himself and all others similarly situated,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

**DECLARATION OF BRIDGET BLAISE-SHAMAI**

I, Bridget Blaise-Shamai, declare as follows:

1. I am over eighteen years of age and I have personal knowledge of the information set forth in this declaration. I work at American Airlines and my title is Vice President - Customer Insights & Loyalty and President of the AAdvantage Program. In that capacity, I am familiar with the AAdvantage program, American's website, and in particular, how AAdvantage members access the website to use miles to book tickets.

2. One of several ways that a customer can book a ticket using miles is directly on American's website. In order to book reward travel online on www.aa.com, a customer must sign into his or her AAdvantage account. In addition, there are different locations on the website and different points during the booking process when a customer has the option to log in. During all times from at least January 1, 2016 through the present, an AAdvantage member logging into his or her account is presented with a statement immediately above the log-in button saying: "By logging in, I accept the AAdvantage terms and conditions and privacy policy." The AAdvantage

terms and conditions are hyperlinked. In this period, the statement and hyperlink have been located above the log-in button.

3. In the AAdvantage terms and conditions, there is a section called "Redeeming AAdvantage miles." In this section, there is the statement: "By accessing your AAdvantage account on aa.com, you agree to the aa.com site usage policy." Then there is a hyperlink stating, "View the aa.com site usage policy," which opens up the site usage policy in a new window.

4. The AAdvantage terms and conditions are attached as Exhibit A. The site usage policy is attached as Exhibit B. Neither the AAdvantage terms and conditions nor the site usage policy has changed since at least January 1, 2016.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of March, 2018.

By: _____
Bridget Blaise-Shamai

# EXHIBIT A

American Airlines

Home    Hello, ELIZABETH ▼    English ▼    Search aa.com

Plan Travel    Travel Information    AAdvantage

oneworld

⌂ Home > AAdvantage program > Terms and conditions

# Terms and conditions

## AAdvantage program reservation of rights

These reservations of rights apply to all aspects of the AAdvantage program, including without limitation, all elite status programs such as AAdvantage Gold, Platinum, Platinum Pro, Executive Platinum, ConciergeKey and the AAdvantage Million Miler program. American Airlines may, in its discretion, change the AAdvantage program rules, regulations, travel awards and special offers at any time with or without notice. This means that the accumulation of mileage credit does not entitle members to any vested rights with respect to such mileage credits, awards or program benefits. In accumulating mileage or awards, members may not rely upon the continued availability of any award or award level, and members may not be able to obtain all offered awards for all destinations or on all flights. Any award may be withdrawn or subject to increased mileage requirements or new restrictions at any time. American Airlines may, among other things, (i) withdraw, limit, modify, or cancel any award; (ii) change program benefits, mileage levels, participant affiliations, conditions of participation, rules for earning, redeeming, retaining or forfeiting mileage credit, or rules for the use of travel awards; (iii) rename or redefine program elements or benefits; (iv) add travel embargo dates, limit the number of seats available for award travel (including, but not limited to, allocating no seats on certain flights) or otherwise restrict the continued availability of travel awards or special offers; or (v) end any of its elite status programs. American Airlines may make any one or more of these changes at any time even though such changes may affect your ability to use the mileage credit or awards that you have already accumulated. Program services and benefits available through the **one**world® alliance or other participating partners in connection with the AAdvantage program are subject to change without notice. American Airlines reserves the right to end the AAdvantage program with six months' notice. AAdvantage travel awards, accrued mileage credits and special offers are subject to government regulations.

## General AAdvantage program Terms and Conditions

- You are responsible for reading the AAdvantage Program Terms and Conditions, additional member information, AAdvantage newsletters and account summaries online at aa.com in order to understand your rights, responsibilities, and status under the AAdvantage program. American Airlines may

amend its rules of the Program at any time without notice. American Airlines has no liability for correspondence that is misdirected, lost, stolen, damaged or delayed.

- Any departure fee, immigration fee, security fee, tax liability surcharge, passenger facility charge or any other fee or surcharge (whether enacted by a governmental authority or otherwise) is the responsibility of the passenger and/or the AAdvantage member.

- AAdvantage members must have mileage earning or redeeming activity once every 18 months in order to retain their miles. If your account has no qualifying activity in any 18-month period, all miles in the account will expire. Qualifying activity extends the expiration date of all unexpired mileage credit in your account for 18 months from the date of the qualifying activity. Qualifying activity is defined as redeeming any AAdvantage award or accruing mileage credit on any eligible American, American Eagle® or AAdvantage airline participant as well as accruing mileage credit with participating hotels, car rental companies, credit cards, telecommunication providers and other service providers offering AAdvantage mileage credit.

- At no time may AAdvantage mileage credit or award tickets be purchased, sold, advertised for sale or bartered (including but not limited to transferring, gifting, or promising mileage credit or award tickets in exchange for support of a certain business, product or charity and/or participation in an auction, sweepstakes, raffle or contest). Any such mileage or tickets are void if transferred for cash or other consideration. Violators (including any passenger who uses a purchased or bartered award ticket) may be liable for damages and litigation costs, including American Airlines attorneys' fees incurred in enforcing this rule.

- Use of award tickets that have been acquired by purchase or for any other consideration may result in the tickets being canceled, confiscated and/or the passenger being denied boarding. If a trip has been started, any continued travel will be at the passenger's expense on a full-fare basis. The passenger and member who attempts to use such a ticket may also be liable to American Airlines for the cost of a full fare ticket for any segments flown on a sold or bartered ticket.

- American Airlines is not responsible for the cancellation of award reservations or changes to any award travel plans made by members.

- Award tickets have no cash value and are non-refundable.

- Fraud, misrepresentation, abuse or violation of applicable rules (including, but not limited to, American or American Eagle conditions of carriage, tariffs and AAdvantage program rules) is subject to administrative and/or legal action by appropriate governmental authorities and American Airlines. Such action may include, without limitation, the forfeiture of all award tickets and any accrued mileage in a member's account, as well as cancellation of the account and the member's future participation in the AAdvantage program. In addition, American Airlines reserves the right to take appropriate legal action to recover damages, including its attorneys' fees incurred in prosecuting any lawsuit.

- American Airlines reserves the right to audit any and all accounts at any time and without notice to the member to ensure compliance with AAdvantage program rules and applicable conditions of carriage and/or tariffs. In the event that an audit reveals discrepancies or violations, the processing of AAdvantage awards, mileage accrual and summaries may be delayed until the discrepancies or violations are resolved in a manner satisfactory to American Airlines. Pending such resolution, members may be prohibited from redeeming mileage credits for an AAdvantage award or ticket as determined in American's sole discretion.

- If American Airlines and/or any AAdvantage participant improperly denies a member mileage credit, travel award or some other benefit, the member's exclusive remedy shall be the issuance of the improperly denied credit, award or benefit if available, or such other alternative comparable benefit as determined by American, in its sole discretion. American shall have no additional liability whatsoever. In no event shall American Airlines or any

AAdvantage participant be liable to any member, or anyone claiming through a member, for any direct, indirect or consequential damages, or lost revenue or profits, arising out of the acts or omissions of American Airlines or any AAdvantage participant in connection with the AAdvantage program.

- American Airlines is not responsible for and will have no liability arising from products and services offered by other participating companies.
- Accumulation of AAdvantage mileage and use of AAdvantage travel awards with companies other than American Airlines are subject to the continued participation of such companies in the AAdvantage program.
- The AAdvantage program Terms and Conditions are governed by and to be interpreted in accordance with the laws of the State of Texas. To the full extent allowed by law, these Terms and Conditions disclaim any duty of good faith and fair dealing as well as any implied contractual terms or obligations.
- AAdvantage is an individual-oriented program. Your mileage summaries, special promotional materials and tickets will be sent to the address or email address, as applicable, that you provide.
- Members may view their account status and mileage summary on www.aa.com or by subscribing to receive the AAdvantage eSummary. AAdvantage eSummary subscribers receive their summary and information every month, regardless of activity level. Your summary includes flight and participant mileage earned, along with AAdvantage program information and special promotions.
- Only individuals are eligible for AAdvantage program membership. Non-individuals including corporations, other entities, animals or blocked-seat baggage are not eligible to become AAdvantage members or to accrue AAdvantage miles. Generally, only the member named on the account will be entitled to access account information.

Please see our Privacy Policy for more information on how we process your information. »

All rules are subject to interpretation by designee(s) of American Airlines.

# Earning AAdvantage miles

To ensure you receive credit for your AAdvantage transactions, please provide your AAdvantage number when you make your travel reservations or use the services of our participants. Retain all flight documents until the mileage credit appears on your mileage summary. For transactions with other participants, retain your original paid invoice. You must include your AAdvantage number in your reservation record for any flight on which you wish to use AAdvantage elite status benefits.

- Mileage will be credited only to the account of the AAdvantage member who flies, rents a car, stays at a hotel, or earns mileage utilizing other participating companies. No mileage credit will be awarded for canceled flights and/or through being accommodated on another airline.
- Except as otherwise explained below, mileage credit is not transferable and may not be combined among AAdvantage members, their estates, successors or assigns. Accrued mileage credit and award tickets do not constitute property of the member. Neither accrued mileage, nor award tickets,

nor status, nor upgrades are transferable by the member (i) upon death, (ii) as part of a domestic relations matter, or (iii) otherwise by operation of law. However, American Airlines, in its sole discretion, may credit accrued mileage to persons specifically identified in court approved divorce decrees and wills upon receipt of documentation satisfactory to American Airlines and upon payment of any applicable fees. Mileage credit is transferable between AAdvantage accounts when offered by American Airlines online, with the ShareMiles program. The member must adhere to the rules and limitations of the ShareMiles program.

- For travel prior to August 1, 2016, AAdvantage flight mileage credit is determined on the basis of nonstop distances between the airports where your flight originates and terminates. On connecting flights with different flight numbers, you'll receive mileage credit for each segment of your trip; on single-plane, through, or change of gauge flights, you'll receive the nonstop origin-destination mileage credit and credit for a single elite qualifying segment.

- For travel August 1, 2016 or later, travel on any eligible purchased, published fare ticket on an American marketed flight (flights sold under an American flight number) will earn mileage credit based on the ticket price (base fare plus any mandatory carrier-imposed fees). Mileage credit will not be earned on government imposed taxes and fees or on optional airline fees such as, but not limited to, change fees, ticketing fees or charges for products such as seats or checked baggage. Some types of fares, such as those sold in conjunction with a vacation package or tickets where the actual fare is not disclosed like consolidator, bulk fare or student tickets, will earn mileage credit based on a percentage of distance flown as determined by the booking code purchased. In the event the necessary ticket/fare details are not available at the time of posting of your mileage credit, you will earn mileage credit based on a percentage of the distance flown as determined by the booking code.

Partner marketed flights (flights sold under a partner flight number) will earn mileage credit based on a percentage of distance flown as determined by the booking code purchased.

For any flights that earn mileage credit based on a percentage of distance flown, the distance is determined on the basis of nonstop distances between the airports where your flight originates and terminates. On connecting flights with different flight numbers, the distance of each segment will be used. On single-plane, through, or change of gauge flights, the nonstop origin-destination distance will be used and credit for a single elite qualifying segment will be given.

- On American Airlines and other AAdvantage airline participants, you'll receive AAdvantage mileage credit only for the class of service on which your fare is based when you are ticketed. American Airlines is the final authority on the methodology used to calculate mileage and the amount of flight credit for a particular flight or routing. American Airlines is the final authority on qualification for mileage credit and reserves the right to deny or revoke mileage credit at any time if American Airlines determines that mileage credit was improperly given.

- Unless otherwise stated, mileage credit cannot be earned for the same flight, hotel stay, or car rental in more than one of the following programs: the AAdvantage program or any other loyalty program in which American Airlines participates.

- AAdvantage flight mileage credit is determined on the basis of nonstop distances between the airports where your flight originates and terminates. On connecting flights with different flight numbers, you'll receive mileage credit for each segment of your trip; on single-plane, through, or change of gauge flights, you'll receive the nonstop origin-destination mileage credit and credit for a single elite qualifying segment. On American Airlines and other AAdvantage airline participants, you'll receive AAdvantage mileage credit only for the class of service on which your fare is based when you are ticketed. American Airlines is the final authority on the methodology used to calculate mileage and the amount of flight credit for a particular flight or routing. American Airlines is the final authority on qualification for mileage credit and reserves the right to deny or revoke mileage credit at any time if American Airlines determines that mileage credit was improperly given.

- After your flight departs, you will not be able to change your selection of a frequent traveler program for earning mileage credit with respect to that flight.
- You will not be able to transfer mileage you accumulate in the AAdvantage program to any other carrier's program, nor can you transfer mileage you accumulate in another carrier's program to the AAdvantage program.
- You may accrue mileage only for purchased, eligible, published-fare tickets on qualifying routes used in accordance with all applicable conditions of carriage, tariffs, rules and terms of ticketing (including but not limited to compliance with rules prohibiting hidden city, back to back and throwaway ticketing) and travel. AAdvantage mileage accrual eligibility on airline participant routes is subject to change without notice. Flights to/from Cuba are only eligible for mileage accrual on American Airlines flights.
- You cannot accrue partner airline miles with your partner frequent flyer number if you have already used your AAdvantage number to obtain AAdvantage program benefits such as First or Business Class upgrades, baggage fee waivers or complimentary access to Preferred/Main Cabin Extra seats. Additionally, you cannot redeem partner airline miles with your partner frequent flyer number and obtain AAdvantage program benefits such as priority boarding and access to preferred seats.
- Mileage can only be accumulated one time per flight, regardless of the number of seats purchased.
- You may request mileage credit for past, eligible transactions up to 12 months from the transaction date. Transactions occurring more than 30 days prior to your enrollment date are not eligible for mileage credit.
- You are responsible for ensuring that your mileage earned is properly credited. If you believe that mileage has been earned but not properly credited, you may be required to submit documentation or other proof satisfactory to American Airlines, which may include copies of ticket coupons, boarding passes and receipts. Any claim for uncredited mileage must be received by American Airlines within 12 months after the mileage credit was earned.
- Certain airline tickets are not eligible for earning mileage credit. These include, without limitation, the following: all tickets issued as AAdvantage awards or other free ticket promotions including free or reduced rate tickets; companion tickets; charter flight tickets; travel agency/industry reduced rate tickets; infant tickets; items occupying a purchased seat; unpublished fare tickets, including consolidator fares, tickets issued as a result of a fare published inadvertently or by mistake and tickets issued subject to special provisions.

# Redeeming AAdvantage miles

- Flight awards entitle you to one-way travel unless otherwise noted. Certain special awards require round-trip travel and immigration laws in some locations require proof of onward or return travel. One-Way awards can be combined to create a round trip or multi-city trip.
- For each one-way flight award redeemed for travel within the United States and Canada, a maximum of three segments are permitted. For all other destinations (including Puerto Rico and U.S. Virgin Islands), a maximum of four segments are permitted.
- AAdvantage flight awards may not be used in conjunction with any other promotion, coupon, discount or special offer; and are void where prohibited by law. Members may not combine AAdvantage flight awards with upgrade awards. Flights to/from Cuba are only eligible for mileage redemption on

American Airlines flights.

- Upgrade awards are limited to a one-way award with a maximum of three segments. No stopovers are allowed when using a one-way upgrade award. All upgrade awards are subject to capacity controls.

- Your flight awards are only valid for designated award destinations served at the time you use the ticket. In the event that American or an AAdvantage participating carrier ceases to serve a destination for which an award has been redeemed, American will redeposit the AAdvantage miles redeemed for that award into your account.

- Once ticketed, you'll have one year from the date of ticketing to complete all travel unless otherwise noted.

- American Airlines assumes no responsibility for and is not liable for any unauthorized access by third parties to a member's account and/or account information, including but not limited to any unauthorized award transaction made from the account, except as provided under applicable laws. American assumes no obligation or duty to re-credit any unauthorized mileage withdrawal made by third parties; however, American reserves the right to review, in its sole discretion, requests for re-crediting unauthorized mileage withdrawals provided such request is made to American within three months of the unauthorized withdrawal. By accessing your AAdvantage account on aa.com, you agree to the aa.com site usage policy.

View the aa.com site usage policy »

- Subject to the rules prohibiting purchase, sale and barter of AAdvantage mileage and travel awards as well as the rules pertaining to any special AAdvantage offers, AAdvantage award tickets may be issued in any name designated by the AAdvantage member; however, the recipient of the mileage credit or award ticket must be identified at the time the award reservation is ticketed and cannot be identified at a later point in time, such as a charity to be named later, or conditioned upon the outcome of a future event, such as the winner of a contest.

- Once award tickets are issued they cannot be transferred.

- AAdvantage flight awards are subject to, and the passenger is responsible for, any applicable departure taxes, security fees, federal inspection fees, passenger facility charges and/or other taxes, fees and surcharges assessed by appropriate authorities or partner carriers. In addition, there may be applicable non-refundable charges under the AAdvantage program, such as AAdvantage award charges or upgrade award co-pays.

- Awards for international travel are subject to appropriate governmental approvals.

- Tickets issued as AAdvantage flight awards are not applicable for travel on American Airlines cooperative codeshare service with other carriers. In addition, selected flights designated as AAdvantage airline participant flights, but operated by another carrier, may not be valid for award travel.

- Upgrade tickets may be issued through American Airlines reservations or ticketing locations or by your travel agent. For all other airline travel awards, including those for travel on airline participants, your reservations must be made with, and your tickets issued by, an American Airlines reservations or ticketing location. All flight awards must be ticketed on American Airlines ticket stock.

- Flight awards on American Airlines and American Eagle and our airline participants may be subject to special limitations on seating availability. Seats for award travel may not be available on all flights. Reservations for flight awards will be accepted, and you will have a confirmed seat, as long as award seats are still available for the award you are using when you make your reservation. However, all accommodations are subject to availability at the time reservations are made.

- Each AAdvantage participant is responsible for its awards only and not for the awards of other participating companies. If an AAdvantage participant agreement changes or terminates, you may find that AAdvantage awards for that participant are no longer available. American Airlines is not responsible for any participant withdrawals, award cancellations, discontinued services, changes in any mileage levels, rules or restrictions applying to participant's awards or mileage accrual policies. AAdvantage award restrictions may be announced by American Airlines or AAdvantage participants at any time without notice.
- Travel on AAdvantage tickets will be subject to the tariffs, contract of carriage, ticket terms, and re-accommodation policies of the carrier on which travel is scheduled and may also be subject to the Warsaw Convention or the Montreal Convention. American Airlines and American Eagle's conditions of carriage are available on aa.com, from any American airport or Travel Center representative.
- Income tax liability on AAdvantage travel awards, if any, is the responsibility of the member.

## AAdvantage award reinstatement/reissuance charges

- Prior to ticketing, you may change your AAdvantage travel award reservations with no charge incurred. However, if your tickets are reissued after the original ticketing, a charge may apply for each ticket. This service charge is paid at the time your ticket is reissued and is subject to change without notice. Upgrade, companion and discount award travel is subject to restrictions of fare purchased.
- AAdvantage mileage will be reinstated for unused and unexpired awards upon payment of a processing fee. For each additional award reinstatement from the same account at the same time, an additional charge will be collected. These charges are payable by credit card.
- Expired tickets will not be reinstated. If a portion of the miles used to claim an award ticket has expired, only those miles that have not expired will be reinstated. Partially used tickets will not be reinstated.

## 500-mile upgrade Terms and Conditions

- AAdvantage Executive Platinum and Platinum Pro members traveling on any eligible purchased, published fare, regardless of the flight length and for Platinum and Gold members traveling on any purchased, published fare on flights 500 miles or less in length are eligible for complimentary upgrades. Executive Platinum members are also eligible to use their complimentary upgrade benefit on AAdvantage award tickets.
- Platinum or Gold members traveling on a flight greater than 500 miles in length may upgrade using 500-mile upgrades as payment.
- AAdvantage elite status members may upgrade one companion traveling on the same flight using 500-mile upgrades from their own account as payment.

- Upgrades aren't allowed on Basic Economy fare tickets
- Non elite status members may only upgrade when they are traveling as the companion to an elite status member.

  Upgrades are valid on American Airlines or American Eagle marketed and operated flights offering a First or Business Class cabin within and between the 50 United States, Canada, Mexico, the Caribbean, the Bahamas, Bermuda as well as between the United States and Central America (Belize, Costa Rica, El Salvador, Guatemala, Honduras, Nicaragua or Panama).
- Each upgrade is valid for 500 miles of travel. Each flight segment requires at least one upgrade.
- Upgrades are valid from the Main Cabin to the next class of service.
- Upgrade inventory is subject to seating limitations and capacity controls.
- Upgrade reservations may be confirmed - if upgrade seating is available - no earlier than 120 hours prior to the scheduled departure time of the flight for ConciergeKeySM members, 100 hours for Executive Platinum members, 72 hours for Platinum Pro members, 48 hours for Platinum members and 24 hours for Gold members. If a confirmed upgrade is not available, you will automatically be added to the Airport Upgrade Standby List at check-in. In order to be added to the Airport Upgrade Standby List, you will need to have the required number of upgrades in your account at the time of check-in.
- For any flight on which you are a confirmed passenger, standby priority at the airport will be ConciergeKeySM members first, AAdvantage Executive Platinum members next, then AAdvantage Platinum Pro members, followed by AAdvantage Platinum and Gold members. In addition, your priority within each elite status level will also be determined based on the type of upgrade, your 12-month rolling EQDs, booking class and the date and time you requested your upgrade initially.
- The appropriate number of upgrades will be deducted from your electronic upgrade account at the time of travel.
- AAdvantage mileage will accrue for the class of service on which your fare is based when you are ticketed, not the class of service flown.
- Upgrades will not be refunded, exchanged or transferred.
- Upgrades are void if sold or advertised for sale for cash or other consideration.
- Purchased upgrade prices are subject to change without notice.
- Upgrades purchased through American Airlines Reservations or aa.com requires a minimum of two hours processing time to be deposited into your upgrade account.
- In the event of a cancellation or off-schedule operation, American Airlines will attempt to honor your upgrade on another of its flights. If you are accommodated on another carrier, it will be in the class of service purchased on your American Airlines ticket.
- American Airlines reserves the right to eliminate or restrict the use of upgrades on certain flights and make other such changes at any time without notice. Use of upgrades to any future American Airlines destination is subject to approval.

⤴ Back to top

| Help | About American | Extras | |
|---|---|---|---|
| Contact American | About us | Business programs |  |
| Receipts and refunds | Careers | Gift cards | The only card with Admirals Club® membership |
| FAQs | Investor relations | American Airlines credit card | BuyMiles |
| Agency reference | Newsroom | Trip insurance | Buy miles + up to 100,000 bonus miles |
| Cargo | Legal, privacy, copyright | CoBrowse | |
| Baggage and optional service fees | Browser compatibility | | AVIS Budget |
| Customer service and contingency plans | Web accessibility | | Up to 35% savings plus AAdvantage® miles |
| Conditions of carriage and tariffs | | | |

Link opens in new window. Site may not meet accessibility guidelines.

  

# EXHIBIT B

Home  >  Legal information

# Legal information

American Airlines offers legal information to assist you with the best possible experience throughout your travels and on our website:

Conditions of Carriage for the U.S. (including Puerto Rico and the U.S. Virgin Islands) »

International General Rules Tariff

## aa.com site usage

Thank you for visiting the American Airlines Website titled "aa.com" and if you have done so, downloading the American Airlines Mobile Application (collectively, the "Site"). In return for gaining access to the Site and using it, you agree to be bound by the following Agreement without limitation or qualification, so please carefully review this Agreement before proceeding. If you do not intend to be legally bound by these terms and conditions, do not access and use the Site. American Airlines reserves the right to change this Agreement and to make changes to any of the products or programs described in the Site at any time without notice or liability. Any such revisions are prospectively binding on you and therefore you should periodically visit this page when you use the Site to review the then current Agreement that binds you. American Airlines also reserves the right in its sole and unfettered discretion to deny you access to the Site at any time. American Airlines enters into agreements with third parties from time to time to provide our customers with the opportunity to obtain special services, products or prices offered by the third party. You will not be deemed to be violating this agreement when acting in accordance with the terms and conditions of any such program. Likewise, the terms and conditions in this agreement will be considered broadened to the extent needed to permit such third parties to operate within the terms of a written agreement they have entered into with us. The titles in this Agreement are provided only for your convenience and are not to be used in interpreting the Agreement.

### Intellectual property notifications

Unless otherwise noted, all information, AAdvantage account information, articles, data, images, passwords, Personal Identification Numbers ("PINs"), screens, text, user names, Web pages, or other materials (collectively "Content") appearing on the Site are the exclusive property of AMR Corporation or American Airlines, Inc., or their subsidiaries and affiliates:

- All information, products, services and software contained on or used in the Site ("Content") is Copyright 2001 by American Airlines, Inc. All rights reserved. Please assume that everything you see or read on the Site is copyrighted to, or used with permission by, American Airlines unless otherwise noted.
- The trademarks, logos, service marks, and trade dress (collectively the "Trademarks") displayed on the Site are registered and unregistered Trademarks of American Airlines, Inc. or others.
- Images of people, objects, or places displayed on the Site are either the property of, or used with permission by American Airlines, Inc., American Eagle Airlines, Inc., AMR Corporation, AMR Training Group or AMR Investment

Services.

- American Airlines owns or uses by permission all software contained on the Site, including without limitation all HTML code and Active X controls. Copyright and other laws and international treaty provisions protect this software. The law expressly prohibits any modification, redistribution, or reproduction of the software, and such actions could result in severe civil and criminal penalties. American Airlines will seek and support prosecuting violators to the maximum extent possible.

- You may not copy, display, distribute, download, license, modify, publish, re-post, reproduce, reuse, sell, transmit, use to create a derivative work, or otherwise use the content of the Site for public or commercial purposes. Nothing on the Site shall be construed to confer any grant or license of any intellectual property rights, whether by estoppel, by implication, or otherwise.

- For additional information regarding American's intellectual property, please click on the "Copyright" link at the bottom of any page.

## Your representations and warranties

By using the Site, you represent and warrant that you are 18 years of age or older and possess the legal right and ability to enter into this Agreement and to use the Site in accordance with all of the terms and conditions of this Agreement. You accept financial responsibility for all use of the Site under your name or account, including without limitation all uses of your account by others, including minors living with you. You may allow other members of your household to use the Site under your name or account only if you agree to pay all charges that they incur and to be responsible for all other aspects of their usage. You further agree to supervise all minors who use the Site under your name or account. You agree not to assign, transfer, or sublicense your rights pursuant to this Agreement.

## Your indemnity obligation

You agree to indemnify, defend, and hold harmless American Airlines and its affiliates from and against any and all claims, demands, proceedings, suits and actions, including any related liabilities, obligations, losses, damages, deficiencies, penalties, taxes, levies, fines, judgments, settlements, expenses (including legal and accountants' fees and disbursements) and costs (collectively, "Claims"), based on, arising out of or resulting from your use of the Site, including without limitation any Claims alleging facts that if true would constitute your breach of this Agreement.

## Limitations on your use

American Airlines provides the Site solely to permit you to determine the availability of goods and services offered on the Site and to make legitimate reservations or otherwise transact business with American Airlines, and for no other purposes. The Site is for your personal, non-commercial use. You agree that you will use the Site's services only to make legitimate reservations or purchases for you or for another person for whom you are authorized to act both legally and under the terms of this Agreement.

You agree that without limitation you shall not make any fictitious, fraudulent, or abusive reservation or any reservation in anticipation of demand. In addition, you agree that you shall not make any duplicate or impossible/illogical reservation. (See Conditions of Carriage for definitions of Fictitious, Fraudulent or Abusive and Duplicate or Impossible/Illogical reservations.) If American Airlines determines that you have confirmed multiple reservations to one or more destination on or about the same date, American Airlines may without notice cancel all confirmed space associated with the multiple reservations. You agree to abide by the terms and conditions of purchase American Airlines imposes including, but not limited to, payment of all amounts when due and compliance with all rules regarding availability of fares, products, or services. You are completely responsible for all assessments, charges, duties, fees, and taxes arising out of your use of the Site.

Your account information is owned by and proprietary to American Airlines. While you may access your account information through the Site, you may not give access to your account to any person or entity other than a member of your household or a person that you directly supervise as part of your career or employment. You may not give access to your account to any third party on-line service, including, but not limited to any mileage management service, mileage tracking service, or mileage aggregation service.

You must access your account information directly through the Site and not through a third party Website, including but not limited to any mileage management service, mileage tracking service, or mileage aggregation service. You also violate this Agreement if you enable an AAdvantage member to access account information without visiting the Site.

You agree that you will not misuse the Site. "Misuse" includes, but is not limited to, using the Site to do any of the following:

- Distribute, disseminate, post, or publish any information or material that degrades, embarrasses, harasses, humiliates, intimidates, or threatens any individual or group of individuals on the basis of their age, ancestry, color, ethnicity, marital status, medical condition, mental or physical disability, national origin, race, sex, sexual orientation, union or nonunion affiliation, or any other basis protected by federal, state, or local law or ordinance.
- Abuse, defame, harass, stalk, threaten, or otherwise violate others' legal rights, including but not limited to rights of privacy and publicity.
- Download or upload files that may damage the operation of another's computer, such as computer viruses, corrupt files, or similar software.
- Download or upload files that contain materials, including but not limited to software that violate the intellectual property, privacy, or publicity rights of others unless you own, control, or have been authorized to exercise such rights.
- Misrepresent or omit the origin or source of any file you download or upload.
- Download or upload files that do not contain the posted proprietary language, author attributions, and/or copyright, patent, or trademark notices.
- Distribute, disseminate, post, or publish any indecent, infringing, obscene, or unlawful information or material.
- Engage in any commercial purpose including but not limited to: Advertising or offering to sell any goods or services; conducting contests or surveys; distributing chain letters, or advertising with respect to any Ponzi scheme or pyramid scheme; advertising or offering to sell any business opportunities, direct sales opportunities, employment, independent contractor positions, multi-level marketing opportunities, or securities.
- Post, send, or otherwise disclose confidential information, trade secrets, or other confidential and/or protected proprietary data of any entity or person, including but not limited to AMR Corporation, American Airlines, Inc., American Eagle Airlines, Inc., AMR Investment Services, AMR Training Group or any of their affiliates.
- Download or upload files that you know, or reasonably should know, cannot be legally distributed through the Site.
- Upload, download, or otherwise export or re-export software from the Site: (1) to a national or resident of or into any country the U.S. has embargoed, including without limitation, Cuba, Iran, Iraq, Libya, North Korea, Syria, or Yugoslavia; (2) to anyone on the U.S. Treasury Department's Specially Designated Nationals list, or (3) to anyone on the U.S. Commerce Department's Table of Denial Orders.
- Copy or create derivative works from, display, distribute, license, perform, publish, recreate, reproduce, sell, transfer, or transmit any information, products, services, or software obtained by, from, or through the Site.
- Monitor or copy any Content by using any manual process, or any robot, spider, or other automatic device, without first obtaining American Airlines' prior written consent.

- Act as an agent or attorney in fact for any person who is not a member of your immediate household; or your direct supervisor at your place of employment.
- Take any action that will or could impose an unreasonable or disproportionately large load on our site infrastructure.
- Act as a mileage management service, mileage tracking service or mileage aggregation service for any AAdvantage member.
- Access information about any AAdvantage member protected by site log-in and post it on any other Website, with or without that AAdvantage member's consent.
- Utilize an AAdvantage member's password or personal identification number during log-in, unless you are: the AAdvantage member to whom that password or personal identification number is assigned (the "Authorized AAdvantage member"); a family member of the Authorized AAdvantage Member, acting with the Authorized AAdvantage Member's permission; or an employee of the Authorized AAdvantage Member's employer, acting with the Authorized AAdvantage Member's permission.
- Engage in any other conduct that is, or that American Airlines deems to be, in conflict with this Agreement. American Airlines forbids such Misuses, and access of the Site for any such Misuses or other similar purposes is an unauthorized use of the Site.

## No warranty by American Airlines

The Content may contain inaccuracies and/or typographical errors. American Airlines may alter, change or improve the Content at any time and without notice. American Airlines makes no representations or warranties as to the Content's completeness or accuracy, and makes no commitment to update the Content. American Airlines makes no representations about the Content's suitability for any purpose.

YOU USE THE SITE AT YOUR OWN RISK. THE CONTENT IS PROVIDED "AS IS" AND WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF EXPECTATION OF PRIVACY, FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, NON-INFRINGEMENT OR TITLE. IN NO EVENT SHALL AMERICAN AIRLINES OR ITS AFFILIATES BE LIABLE FOR ANY DAMAGES (WHETHER CONSEQUENTIAL, DIRECT, INCIDENTAL, INDIRECT, PUNITIVE, SPECIAL OR OTHERWISE) ARISING OUT OF, OR IN ANY WAY CONNECTED WITH, THE USE OF OR INABILITY TO USE THE SITE OR FOR ANY OF THE CONTENT OBTAINED THROUGH OR OTHERWISE IN CONNECTION WITH THE SITE, IN EACH CASE REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON CONTRACT, STRICT LIABILITY, TORT OR OTHER THEORIES OF LIABILITY, AND ALSO REGARDLESS OF WHETHER AMERICAN AIRLINES WAS GIVEN ACTUAL OR CONSTRUCTIVE NOTICE THAT DAMAGES WERE POSSIBLE.

American Airlines neither warrants nor represents that your use of information and material on the Site will not infringe upon the intellectual property rights of third parties. American Airlines shall not be liable for any virus or other damage to your computer equipment or other property due to your accessing, browsing, or using the Site or due to your downloading any audio, data, images, materials, pictures, text or video from the Site. Because American Airlines provides services and products in many parts of the world, the Site may refer to certain goods, products, and/or services that are not available in your area. A reference to goods, products, and/or services without limiting their geographic scope does not imply that American Airlines offers or intends to offer those goods, products, and/or services in all locations.

## Use of information you provide American Airlines

Consistent with the American Airlines privacy policy, we ask you to provide us with certain information when you purchase travel or when you take advantage of certain personalized services. You agree that when you provide such information, the information will be accurate. Under no circumstances will you provide false or misleading information.

We agree to use this information in a manner consistent with our privacy policy. To review our privacy policy, please click on the "Privacy Policy" link at the bottom of any page.

For use of certain services, we may provide you with a pass code. This pass code is proprietary to and the property of American Airlines. However, you must take precautions to insure the security of your pass code. American Airlines assumes no responsibility for and will not be liable in the event that another person learns your pass code or uses your pass code to cause damage to you.

While American Airlines takes reasonable steps to safeguard and to prevent unauthorized access to your private information, we cannot be responsible for the acts of those who gain unauthorized access, and we make no warranty, express, implied, or otherwise, that we will prevent unauthorized access to your private information. IN NO EVENT SHALL AMERICAN AIRLINES OR ITS AFFILIATES BE LIABLE FOR ANY DAMAGES (WHETHER CONSEQUENTIAL, DIRECT, INCIDENTAL, INDIRECT, PUNITIVE, SPECIAL OR OTHERWISE) ARISING OUT OF, OR IN ANY WAY CONNECTED WITH, A THIRD PARTY'S UNAUTHORIZED ACCESS TO YOUR INFORMATION, REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON CONTRACT, STRICT LIABILITY, TORT OR OTHER THEORIES OF LIABILITY, AND ALSO REGARDLESS OF WHETHER AMERICAN AIRLINES WAS GIVEN ACTUAL OR CONSTRUCTIVE NOTICE THAT DAMAGES WERE POSSIBLE.

## No offer to sell or buy securities

The information on the Site does not constitute an offer to sell, or the solicitation of an offer to buy any securities and must not be relied upon in connection with any investment decision.

## Links to other sites and to the Site

The Site may provide hyperlinks or references to other sites. While American Airlines endeavors to provide links only to sites that are reputable and safe, we take no responsibility for the information, products, or services obtained on such other sites and will not be liable for any damages arising from your access to such sites. American Airlines provides any such links to other sites merely for your convenience and our inclusion of such links and frames in the Site does not imply an endorsement of the linked or framed sites, their content, or the persons or entities operating those sites. Therefore, you assume sole responsibility for using links or pointers to third parties.

American Airlines specifically denies you permission to hyperlink or provide references to the Site, unless you are allowed to do so under a separate written agreement with American Airlines. You are also denied permission to use any trademarked or copyrighted material to provide such hyperlinks or references, unless you are allowed to do so under a separate written agreement with American Airlines. American Airlines bears no responsibility for sites that provide hyperlinks or references to the Site unless those sites are operated by American Airlines.

## Your communication with us

American Airlines will not treat as confidential any communications you send to us by electronic mail or otherwise. American Airlines has no obligation to refrain from publishing, reproducing, or otherwise using your communications in any way and for any purpose.

American Airlines does not accept or consider unsolicited proposals related to its business, including but not limited to proposals for advertising campaigns, logos, names, processes, products, promotions, services, slogans, and technologies. American Airlines therefore requests that you not send such proposals. Please also refrain from sending original creative artwork, blueprints, demonstratives, designs, layouts, photographs, or samples. American Airlines has adopted this policy to prevent claims that we have copied such unsolicited ideas without authorization, when, in fact, we developed the idea independent of or even long before receiving the unsolicited proposal. If you do send us unsolicited proposals, then do so with the understanding that American Airlines may use any concepts, ideas, inventions, know-

how, or techniques that you disclose in those communications for any purpose, including the developing, manufacturing, and/or marketing of goods, products, or services. American Airlines may do so free of any obligation to compensate you for that use.

## Comparison monitoring of on-line chats or telephone conversations with American Airlines

The Site may provide you the ability to have an on-line chat session with American Airlines or with information as to how you can contact American Airlines by telephone. You may use these functions only for business purposes related to the Site. For quality assurance purposes, American Airlines may monitor, record, and/or transcribe the contents of these communications. By contacting American Airlines, you agree that the communication may be monitored, recorded, and/or transcribed and you consent to the monitoring, recording, and/or transcribing. Such records may be kept indefinitely or disposed of at our discretion.

## Your use of Forums

You agree to use any bulletin boards, chat rooms, conferences, or other communication or message facilities ("Forums") contained on the Site only to send and receive material and messages that are proper and related to the particular Forum. You further agree that you will use the Forums in conformity with all applicable laws and this Agreement. You agree that you will not Misuse a Forum.

American Airlines reserves the right to remove at will and without notice any Content on the Site, including anything you post in a Forum. You understand that any use by you of a Forum constitutes a public communication. You understand that American Airlines owns any and all information or material that you post on a Forum. You agree that you waive all of the rights you have to any information or material that you post on a Forum. American Airlines has the right to do whatever it wishes with that information or material, including but not limited to deleting or editing for any reason any posting by you. You further acknowledge that American Airlines does not endorse or sponsor any information or material posted by Forum users, and that American Airlines has no responsibility to approve, review, or screen such information or material.

## Forum for actions, governing law, and procedural restrictions

You agree that this Agreement is made and entered into in Tarrant County, Texas. You agree that Texas law governs this Agreement's interpretation and/or any dispute arising from your access to, dealings with, or use of the Site, without regard to conflicts of law principles. Any lawsuit brought by you related to your access to, dealings with, or use of the Site must be brought in the state or federal courts of Tarrant County, Texas. You agree and understand that you will not bring against AMR Corporation, American Airlines, or any of its affiliated entities, agents, directors, employees, and/or officers any class action lawsuit related to your access to, dealings with, or use of the Site.

## Other terms

This Agreement constitutes the entire agreement governing your access to, dealings with, and use of the Site. Of course, separate agreements may attach to any goods, products, or services you obtain, purchase, or use from the Site. In the case of a conflict between this Agreement and any agreement specific to any goods, products, or services that you obtain, purchase, or use from the Site, the terms of the specific agreement shall govern.

Any failure of American Airlines to assert any rights it may have under this Agreement does not constitute a waiver of our right to assert the same or any other right at any other time or against any other person or entity. If any provision of this Agreement is found to be invalid or unenforceable, then the invalid or unenforceable provision will be stricken from this Agreement without affecting the validity or enforceability of any other provision.

## Acknowledgements

The following information about third-party software used in the American Airlines Mobile Application is provided to you for informational purposes only.

card.io

All files are released under the MIT License: The MIT License (MIT) Copyright (c) 2013-2016 PayPal Holdings, Inc.

Permission is hereby granted; free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

↑ Back to top

| Help | About American | Extras |
|---|---|---|
| Contact American | About us | Business programs |
| Receipts and refunds | Careers | Gift cards |
| FAQs | Investor relations | American Airlines credit card |
| Agency reference | Newsroom | Trip insurance |
| Cargo | Legal, privacy, copyright | CoBrowse |
| Baggage and optional service fees | Browser compatibility | |
| Customer service and contingency plans | Web accessibility | |
| Conditions of carriage and tariffs | | |


Earn 50,000 bonus miles after qualifying purchases

BuyMiles — Need more miles?

AVIS Budget — Up to 35% savings plus AAdvantage® miles

Link opens in new window. Site may not meet accessibility guidelines.

