UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-23901-CIV-MARTINEZ-GOODMAN

KRISTIAN ZAMBER, on behalf of himself
and all others similarly situated,

    Plaintiffs,

v.                                                **CLASS ACTION**

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

**NOTICE OF INTENT TO FILE MOTION TO ENFORCE PARTIES' SETTLEMENT**

The parties advised the Court on September 14, 2018, that they had reached a financial settlement of this matter. D.E. #211. The Court provided thirty days for the parties to submit the settlement for approval (D.E. #212), which the Court subsequently extended to October 31, 2018. D.E. #216. Plaintiff respectfully gives notice that prior to the expiration of the Court's October 31, 2018, deadline, Plaintiff will file a motion to enforce the terms of the parties' settlement.

Dated: October 30, 2018                  Respectfully submitted,

                                            */s/ Alec H. Schultz*
                                            Scott B. Cosgrove
                                              Fla. Bar No. 161365
                                            Alec H. Schultz
                                              Fla. Bar No. 35022
                                            John R. Byrne
                                              Fla. Bar No. 126294
                                            Jeremy L. Kahn
                                              Fla. Bar No. 105277
                                            LEÓN COSGROVE, LLP
                                            255 Alhambra Circle, Suite 800
                                            Coral Gables, Florida 33134
                                            Tel: 305.740.1975
                                            Email: scosgrove@leoncosgrove.com

        Email:  aschultz@leoncosgrove.com
        Email:  jbyrne@leoncosgrove.com
        Email:  jkahn@leoncosgrove.com

*Counsel for Zamber and the Class*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn will serve a copy by Notice of Electronic Mail to all counsel of record.

| | |
|---|---|
| Humberto H. Ocariz, Esq.<br>SHOOK, HARDY & BACON L.L.P.<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: (305) 358-5171<br>Fax: (305) 358-7470<br>Email:  hocariz@shb.com<br><br>*Counsel for Defendant American Airlines, Inc.* | James E. Brandt, Esq.<br>Elizabeth (Betsy) Marks, Esq.<br>LATHAM & WATKINS, LLP<br>885 Third Avenue<br>New York, New York 10022-4834<br>Tel:  (212) 906-1200<br>Fax: (212) 751-4864<br>Email: james.brandt@lw.com<br>Email: betsy.marks@lw.com<br>*Counsel for Defendant American Airlines, Inc.* |

        */s/ Alec H. Schultz*
          Alec H. Schultz